# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** | |
| Plaintiff, | Case No. 2:12-cv-118 |
| v. | **PATENT CASE** |
| **DRS TACTICAL SYSTEMS, INC. d/b/a ARMOR RUGGED MOBILE COMPUTERS,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and pursuant to a settlement agreement between the parties, Plaintiff NovelPoint Security LLC hereby dismisses with prejudice Defendant DRS Tactical Systems, Inc. d/b/a Armor Rugged Mobile Computers ("DRS"), with each party to bear its own costs, expenses and attorneys' fees. Defendant DRS has not served either an answer or a motion for summary judgment in this matter.

Dated: May 14, 2012

Respectfully submitted,

  /s/ Craig Tadlock
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
400 E. Royal Lane, Suite 290
Irving, Texas 75039
214-785-6014
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff NovelPoint Security LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 14th day of May, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

  _/s/ Craig Tadlock_
  Craig Tadlock

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for Defendant DRS Tactical Systems, Inc. d/b/a Armor Rugged Mobile Computers, and all parties have agreed to the relief requested herein.

  _/s/ Craig Tadlock_
  Craig Tadlock